UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY — CAMDEN VICINAGE

**Julian P. Rodriguez,**

Plaintiff,

v.

**Dr. Troy E. Meink, in official capacity as Secretary, Department of the Air Force,**

Defendant.

**Civil Action No.: [To be assigned]**

**COMPLAINT(ABBRIATE)**

**I. NATURE OF ACTION**

This is a civil action for declaratory, injunctive, and monetary relief arising from alleged discrimination, retaliation, deprivation of due process, and wrongful interference with employment and benefits, in violation of federal and state law.

**II. JURISDICTION AND VENUE**

Jurisdiction is proper under 28 U.S.C. § 1331 and 5 U.S.C. § 7703(b)(2). Venue is proper in this District under 28 U.S.C. § 1391(e) because the events occurred at Joint Base McGuire-Dix-Lakehurst and Plaintiff resides in Wrightstown, New Jersey.

**III. PARTIES**

- Plaintiff: Julian P. Rodriguez, former civilian Electronic Measurement Equipment Mechanic Inspector (WG-2602-12), 305th Maintenance Squadron, Joint Base McGuire-Dix-Lakehurst, Wrightstown, NJ 08562.
 - Defendant: Dr. Troy E. Meink, Secretary, Department of the Air Force, sued in official capacity.

## IV. STATEMENT OF CLAIMS

Plaintiff asserts the following causes of action:
 - Rehabilitation Act (29 U.S.C. § 791 et seq.): Failure to accommodate and penalization for protected medical absences.
 - Title VII (42 U.S.C. § 2000e-16): Disparate treatment and adverse employment actions based on protected characteristics.
 - Retaliation (Title VII, Rehabilitation Act, Whistleblower Protection): Retaliation for protected EEO activity.
 - Interference with Retirement and Benefits: Withholding or misprocessing retirement and unemployment paperwork.
 - Due Process Violation (Fifth Amendment): Deprivation of property and liberty interests without required process.
 - Misapplication of Military AWOL Standards: Application of military AWOL standards to a civilian employee.
 - Whistleblower Retaliation (5 U.S.C. § 2302(b)(8)): Retaliation for protected disclosures.
 - Wrongful Interference with Unemployment Benefits (State Law): Failure to prepare and transmit Form BC-10.
 - Arbitrary and Capricious Agency Action (APA/5 U.S.C. § 706): Removal decision unsupported by substantial evidence and contrary to law.
 - Improper Confiscation of Work ID Card and Unlawful Placement on Leave Without Pay (LOWP): Plaintiff alleges that their work identification card was confiscated without proper investigation, resulting in an automatic adverse employment action. Plaintiff was placed on Leave Without Pay (LOWP) without their approval, in violation of applicable United States Air Force (U.S.A.F.) regulations. This action was taken arbitrarily and capriciously, without due process, and constitutes an additional instance of wrongful interference with employment and benefits.

## V. RELIEF SOUGHT

Plaintiff requests:
 - Vacatur of removal and expungement of adverse records.
 - Reinstatement with back pay and benefits, or front pay if reinstatement is impracticable.
 - Payment of $3,949.56 for unpaid wages.
 - Correction and transmission of retirement and unemployment forms (SF-50, BC-10).
 - Compensatory and punitive damages as permitted by law.
 - Costs, expenses, and attorneys' fees.
 - Declaratory and injunctive relief as appropriate.
 - Any other relief the Court deems just and proper.

## VI. JURY DEMAND

Plaintiff demands a trial by jury on all triable issues.

## VII. SIGNATURE AND CONTACT INFORMATION

Respectfully submitted,
/s/ Julian P. Rodriguez, Pro Se
14 Augusta Street
Wrightstown, NJ 08562
(240) 441-3492
mooneyrodriguez@hotmail.com
Dated: November 24, 2025

## CERTIFICATE OF SERVICE

I, Julian P. Rodriguez a/k/a Jordon S., certify that on [DATE], I served a copy of the Summons in a Civil Action, Motion and Complaint by U.S. Registered Mail, postage prepaid, to each of the following:
1. Office of the U.S. Attorney, District of New Jersey
   Attn: Civil Division
   970 Broad Street, 7th Floor
   Newark, NJ 07102
2. Attorney General of the United States
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001
3. Dr. Troy E. Meink, Secretary
   Department of the Air Force
   Pentagon, Room 4E160
   Washington, DC 20330-1670

Executed on: [DATE]
/s/ Julian P. Rodriguez a/k/a Jordon S.
Pro Se Plaintiff
14 Augusta Street
Wrightstown, NJ 08562
(240) 441-3492
mooneyrodriguez@hotmail.com